# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **KYLE J. PERRY,** | ) | **CASE NO.: 1:15 CV 2601** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE JOHN ADAMS** |
| | ) | |
| **MARGARET BRADSHAW, Warden,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | **MEMORANDUM OPINION** |

The Court has examined the Report and Recommended Decision of Magistrate Judge HcHargh, submitted in this matter on September 15, 2016. Upon due consideration, and no objections having been filed by the parties, the Court adopts the findings and conclusions of the Magistrate Judge as reflected in the Report and Recommendation and incorporates them herein. Therefore, it is ordered that the petition is hereby DISMISSED.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

                                                                                               */s/ John R. Adams*
                                                                                               JUDGE JOHN R. ADAMS
                                                                                               U.S. DISTRICT COURT JUDGE
                                                                                               NORTHERN DISTRICT OF OHIO

Dated: <u>October 11, 2016</u>